**RIDGEFIELD PROPS., L.L.C. v. CITY OF ASHEVILLE**

[358 N.C. 216 (2004)]

RIDGEFIELD PROPERTIES, L.L.C., RIDGEFIELD WOMEN'S CANCER CENTER PROPERTIES, L.L.C., CONTINENTAL TEVES, INC., ASHEVILLE ENDOCRINOLOGY PROPERTIES, L.L.C., RIDGEFIELD BUSINESS CENTER PROPERTY OWNERS ASSOCIATION, INC., GEORGE W. BEVERLY, JR., HIGHWOODS REALTY LIMITED PARTNERSHIP, HIGHWOODS/FORSYTH LIMITED PARTNERSHIP AP SOUTHEAST PORTFOLIO PARTNERS, L.P. v. CITY OF ASHEVILLE, A NORTH CAROLINA MUNICIPAL CORPORATION

No. 484A03

(Filed 2 April 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 159 N.C. App. 376, 583 S.E.2d 400 (2003), reversing and remanding a judgment entered 20 February 2002 by Judge Richard L. Doughton in Superior Court, Buncombe County. Heard in the Supreme Court 15 March 2004.

*Adams Hendon Carson Crow & Saenger, P.A., by S.J. Crow and Martin K. Reidinger, for petitioner-appellees.*

*Robert W. Oast, Jr. and William F. Slawter, for respondent-appellant.*

PER CURIAM.

AFFIRMED.